# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GREE, INC., § | |
| § | |
| *Plaintiff*, § | Case No. 2:20-cv-00113-JRG-RSP |
| § | |
| v. § | |
| § | |
| SUPERCELL OY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("Stipulation") filed by Plaintiff GREE, Inc. ("Gree") and Defendant Supercell Oy ("Supercell"). (Dkt. No. 190.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), Gree's claims in this action are **DISMISSED WITH PREJUDICE**. Supercell's claims, counterclaims and defenses are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs and expenses.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 25th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE